PROB 12A
(REVISED 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Calvin Issah Price</u>     Case Number: <u>3:09-00099-8</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, United States District Judge</u>

Date of Original Sentence: <u>March 4, 2011</u>

Original Offense: <u>21 U.S.C. § 846 Lesser Included Offense of Conspiracy to Possess With Intent to Distribute 500 Grams or More of Cocaine</u>

Original Sentence: <u>60 months' custody followed by five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>     Date Supervision Commenced: <u>January 3, 2014</u>

Assistant U.S. Attorney: <u>Lynne Ingram</u>     Defense Attorney: <u>James Kevin Cartwright</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 11th day of April, 2014, and made a part of the records in the above case.

Aleta A. Trauger
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Kimberly Haney
U.S. Probation Officer

Place     Nashville, Tennessee

Date     April 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.              **The defendant shall refrain from any unlawful use of a controlled substance.**

On April 7, 2014, Mr. Price tested positive for marijuana and cocaine use.

Mr. Price reported to the probation office on April 7, 2014, as instructed, as part of the random drug testing program. He submitted a urine specimen which tested positive for marijuana and cocaine. Mr. Price admitted to smoking a marijuana cigarette laced with cocaine. The specimen was sent to the laboratory for confirmation and was confirmed positive for marijuana and cocaine.

Mr. Price advised he attend a Narcotics Anonymous (NA) meeting on April 5, 2014, and afterwards he and several NA participants left the meeting and went bowling. At approximately 11:30 p.m., Mr. Price left the bowling alley, alone, to drive home. On the way, he stopped by a female friend's residence whom he knew was a drug user. Mr. Price related that he stopped by his friend's residence to say, "Hello." Mr. Price indicated he knew his friend smoked marijuana laced with cocaine, and he "took a few hits." Mr. Price stated he does not know why he used drugs.

Mr. Price previously expressed a desire to attend his individual counseling at the 8th Avenue location of Centerstone Mental Health. He was approved to change locations, but he had not met with the new counselor. In light of this new drug use, the probation officer instructed Mr. Price to attend individual counseling at Centerstone Mental Health in Madison, Tennessee. The probation officer contacted the counselor at Centerstone to inquire about an appointment. Mr. Price is scheduled for individual therapy on April 17, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Calvin Issah Price began his term of supervised release on January 3, 2014. His term of supervision is scheduled to expire on January 2, 2019. Mr. Price has some health issues; thus, he receives disability benefits.

Mr. Price arrived at Diersen Charities, Inc., on July 29, 2013, as a Bureau of Prisons resident. He was returned to custody and sent to Warren County Jail in Bowling Green, Kentucky on December 10, 2013, for cocaine use. He was released to start his term of supervised release on January 3, 2014. Mr. Price reported to the Metropolitan Criminal Justice Center (CJC) upon his release from Warren County jail to register as an ex-convict. While at Metro CJC, a computer check of the National Crime Information Center records revealed there was an outstanding warrant for Mr. Price from 2009 for a Failure to Appear offense related to a previous Unlawful Possession of Drug

Paraphernalia charge. Mr. Price was transferred to Sumner County, booked on the warrant, and he posted the $1,000 bond. Mr. Price appeared in court in Sumner County on January 22, 2014, and he was sentenced to 11 months 29 days' custody, suspended. Mr. Price was ordered to pay $823.71 in court costs and fines.

Your Honor was previously notified, on January 10, 2014, regarding Mr. Price testing positive for cocaine use. Your Honor ordered no action at the time. Mr. Price was referred to Centerstone Mental Health for a substance abuse treatment assessment on January 9, 2014.

On February 4, 2014, a substance abuse treatment assessment was conducted at Centerstone Mental Health. The counselor recommended that Mr. Price participate in individual therapy. Mr. Price requested to attend substance abuse treatment sessions at the 8th Avenue location of Centerstone, due to its location being closer to his residence. The probation officer approved his request; however, the substance abuse treatment contract between the probation office and Centerstone is only for the Madison, Tennessee location. Therefore, Mr. Price would have to pay for services at the alternate location through private insurance. Mr. Price related he attended substance abuse treatment support meetings in the neighborhood while he awaited contact with the new counselor to schedule an appointment. Due to the lapse in time for an appointment to be scheduled at the secondary location and his recent drug use, the probation officer instructed Mr. Price to attend substance abuse treatment at Centerstone in Madison. Mr. Price is scheduled for an individual substance abuse session on April 17, 2014.

## U.S. Probation Officer Recommendation:

At this time, the probation officer is respectfully recommending no additional action by the Court.

It is recommended Mr. Price continue on supervised release with increased monitoring by the probation officer to allow participation in the substance abuse program at Centerstone Mental Health. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer