# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00099 |
| | ) | Judge Trauger |
| [8] CALVIN ISAIAH PRICE | ) | |

## O R D E R

It is hereby **ORDERED** that a hearing on the Petition to Revoke Supervision (Docket No. 778) shall be held on Friday, June 20, 2014, at 1:00 p.m.

It is so **ORDERED**.

ENTER this 12th day of June 2014.

_____
ALETA A. TRAUGER
U.S. District Judge