UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | Case No. 3:09-cr-00099 |
| v. | |
| CALVIN PRICE | JUDGE TRAUGER |

**Motion GRANTED. Hearing reset for 7/16/14 at 3:00 p.m.**

## MOTION TO CONTINUE REVOCATION HEARING

The United States, by and through David Rivera, United States Attorney for the Middle District of Tennessee, and Lynne T. Ingram, Assistant United States Attorney, respectfully moves the Court to continue the revocation hearing currently scheduled for June 20, 2014 to until sometime after July 7, 2014 at a time convenient for the Court.

The United States seeks a continuance due to the undersigned being out of the district until Friday, June 20, 2014. The United States had scheduled to be out of district prior to the current revocation date being set.

In addition, the Probation Officer assigned to this case, Kimberly Haney, will be out of the office on June 20, 2014, as well as well as the following week attending a conference.

The undersigned has spoken with defense counsel and he does not oppose this motion.

WHEREFORE, the United States respectfully asks that the Court GRANT the government's motion for a continuance.

Respectfully submitted,

DAVID RIVERA
United States Attorney

1