#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### MIDDLE DISTRICT OF TENNESSEE
#### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00099-08 |
| | ) | Judge Trauger |
| | ) | |
| CALVIN ISAIAH PRICE | ) | |

### **O R D E R**

By agreement of the parties announced at the beginning of the revocation proceeding held on July 16, 2014, it is hereby **ORDERED** that this revocation proceeding is **CONTINUED** and **RESET** for Monday, August 18, 2014, at 3:00 p.m.

It is so **ORDERED.**

Enter this 17th day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge