IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

==Motion GRANTED. Hearing reset for 8/28/14 at 1:30 p.m.==

*/s/ Judge Trauger*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-00099 |
| | ) | JUDGE TRAUGER |
| CALVIN ISSAH PRICE | ) | |

**MOTION TO CONTINUE REVOCATION HEARING**

COMES NOW the United States of America and moves the Court to continue the revocation hearing for the defendant presently scheduled for August 18, 2014. The hearing is scheduled for the Court to consider violations of supervised release alleged in the petition (DE 778) and superseding petition (DE 817).

The undersigned Assistant U.S. Attorney has been informed by the probation officer who supervises the defendant that she is scheduled to be out of the office from August 18 through August 25, 2014. The probation officer is a necessary witness as to the violations alleged in the petition and superseding petition.

The United States therefore moves the Court to continue the hearing until after August 25, 2014.