IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:09-00099-08 |
| | ) | Judge Trauger |
| | ) | |
| CALVIN ISAIAH PRICE | ) | |

**O R D E R**

A continuation of the revocation proceeding was held on September 8, 2014. The defendant has completed the Elam Center in-patient program and will begin tomorrow the eight weeks of intensive outpatient treatment. He is scheduled to enter the Diersen halfway house on November 17, 2014. It is hereby **ORDERED** that a further hearing on this matter will be held on November 7, 2014 at 1:00 p.m.

It is so **ORDERED.**

Enter this 15th day of September 2014.

ALETA A. TRAUGER
United States District Judge